UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMINIC IAFRATE, ET AL.,

        Plaintiffs,                         No. 18-12028

v.                                   District Judge Arthur J. Tarnow
                                   Magistrate Judge R. Steven Whalen

WARNER NORCROSS & JUDD, LLP

        Defendant.

_____ /

## ORDER

For the reasons and under the terms stated on the record on November 7, 2019, Plaintiffs' Motion to Compel Compliance with Valid and Properly-Served Subpoenas [ECF No. 17] is GRANTED.

The Deponents that are the subject of the subpoenas at issue will comply therewith and produce all requested information.

The production will be subject to an attorneys-and-experts-eyes-only protective order, as stated on the record on November 7, 2019. The documents produced will not be provided to, shared with, or discussed with the parties themselves, and will not be used outside the confines of the present litigation. They will not be shared with or provided to counsel in the related state court cases, or used in the state court cases, except as authorized by the judge in the state court cases.

Plaintiffs will pay the reasonable costs of production of the requested material.

Nothing in this Order precludes the attorneys for the Plaintiff and the Deponents from meeting, conferring, and narrowing the scope of the requested material if possible.

IT IS SO ORDERED.


Dated: November 7, 2019                s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE


## **CERTIFICATE OF SERVICE**

        I hereby certify on November 7, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants November 7, 2019.


                                        s/Carolyn M. Ciesla
                                        Case Manager for the
                                         Honorable R. Steven Whalen